UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

G.C. & K.B. INVESTMENTS, INC.,

       Plaintiff(s),

  v.

SABERCAT VENTURES, INC., et al.

       Defendant(s).
_____/

No. C 04-0240 PJH

**ORDER ADVANCING DATE OF FINAL PRETRIAL CONFERENCE**

    The final pretrial conference currently scheduled for July 7, 2005, at 2:30 p.m. is **advanced to June 30, 2005, at 2:30 p.m.**

    **IT IS SO ORDERED.**

Dated: June 20, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge