UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

G.C. & K.B., INC.

    Plaintiff(s),

  v.

SABERCAT VENTURES, INC., et al.,

    Defendant(s).
_____/

No. C 04-0240 PJH

**ORDER CONTINUING
PRETRIAL CONFERENCE**

In view of the representations of counsel for both parties, made telephonically on July 6, 2005, that this matter has settled, the pretrial conference scheduled for July 7, 2005 is continued to July 14, 2005 at 2:30. This date as well as the July 18, 2005 trial date will be vacated upon the court's receipt of a stipulation and order for dismissal no later than July 13, 2005.

**IT IS SO ORDERED.**

Dated: July 7, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge