```
 1  BARRY R. SCHLOM #78052
    LERNER & WEISS
 2  16000 Ventura Blvd., Suite 1111
    Encino, CA 91436
 3  Telephone: (818) 986-0893
    Email: Barrys@lernerweisslaw.com
 4
    EDWARD M. KEECH #48098
 5  DAVID G. ALDERSON #231597
    FITZGERALD ABBOTT & BEARDSLEY LLP
 6  1221 Broadway, 21st Floor
    Oakland, California 94612
 7  Telephone: (510) 451-3300
    Facsimile: (510) 451-1527
 8  Email: ekeech@fablaw.com

 9  Attorneys for Plaintiff G.C. & K.B. Investments, Inc.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| G.C. & K.B. INVESTMENTS, INC. | Case No.: 3:04-cv-00240-PJH |
| Plaintiff, | REQUEST FOR DISMISSAL & [~~PROPOSED~~] ORDER THEREON |
| vs. | |
| SABERCAT VENTURES, INC. *et al.* | |
| Defendant. | |

All claims and causes of action between G.C. & K.B. Investments, Inc. and Sabercat Ventures, Inc. having been settled, it is requested that the Court enter a dismissal of Sabercat Ventures, Inc. and Scott Scarlett with prejudice and without costs, attorneys' fees or sanctions as to all counts, claims and causes of action.

| FITZGERALD ABBOTT & BEARDSLEY LLP | BOWLES & VERNA LLP |
|---|---|
| By *[signature]* | By *[signature]* |
| Edward M. Keech | K. P. Dean Harper |
| Attorneys for Plaintiff | Attorneys for Defendant |
| G.C. & K.B. Investments, Inc. | Sabercat Ventures, Inc. |

---
1
REQUEST FOR DISMISSAL & [PROPOSED] ORDER THEREON   Case No.: 3:04-cv-00240-PJH
7/13/05 (23256) #227217.1

1 | Dated: July 15, 2005
2 |     IT IS SO ORDERED.

_____
United States District Judge